ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
HILARY R. KUCHINSKY, ESQ., Bar No. 258745
hkuchinsky@heroldsagerlaw.com
KATHRYN E. SMITH, ESQ. Bar No. 327919
ksmith@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and DOES 1-100, inclusive.<br><br>Defendants. | Case No. 3:22-cv-04479-RFL (DMR)<br><br>Assigned to Hon. Rita F. Lin<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT**<br><br>Action Filed: August 2, 2022 |

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Lexington Insurance Company ("Lexington") and Defendants American Guarantee and Liability Insurance Company ("American Guarantee") and Zurich American Insurance Company ("Zurich American") (collectively, the "Zurich") (Lexington and Zurich are collectively referred to as the "Parties") hereby stipulate and agree as follows:

///

1. Lexington's Complaint for Declaratory Relief, Equitable Subrogation, and Equitable Indemnity (Dkt. No. 1) is dismissed with prejudice.

2. Each of the stipulating parties will bear its own attorneys' fees and costs to date. The person filing this document hereby attests that all signatories indicated with an "/s/,", and on whose behalf this filing is submitted, concur in the document's content and have authorized this filing.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 28, 2024                HEROLD & SAGER

                                      By:  /s/Hilary R. Kuchinsky
                                           ANDREW D. HEROLD, ESQ.
                                           HILARY R. KUCHINSKY, ESQ.
                                           KATHRYN E. SMITH, ESQ.
                                           Attorneys for Plaintiff LEXINGTON
                                           INSURANCE COMPANY

DATED: August 28, 2024                DUANE MORRIS

                                      By:  /s/Timothy J. Witczak
                                           RICHARD D. HOFFMAN, ESQ.
                                           TIMOTHY J. WITCZAK, ESQ.
                                           Attorneys for Defendants AMERICAN
                                           GUARANTEE AND LIABILITY INSURANCE
                                           COMPANY and ZURICH AMERICAN
                                           INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 28, 2024                _____
                                      The Honorable Rita F. Lin
                                      UNITED STATES DISTRICT JUDGE